UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

BETH STECHAUNER

      Plaintiff,

  v.                                     Case No.: 18-cv-1799

BADGER PROCESS SERVICE, INC.

      Defendant

---

## STIPULATION OF DISMISSAL

---

    The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that all claims and causes of action may be dismissed upon the merits, with prejudice and without costs to either party.

Dated:  March 11, 2019      By: *s/ Scott S. Luzi*_____
                                  Scott S. Luzi, SBN 1067405
                                  Walcheske & Luzi, LLC
                                  15850 W. Bluemound Road, Suite 304
                                  Brookfield, Wisconsin 53005
                                  Phone: (262) 780-1953
                                  Email: sluzi@walcheskeluzi.com

                                  *Attorneys for Plaintiff*

Dated:  March 11, 2019      By: *s/ Marna M. Tess-Mattner*_____
                                  Marna M. Tess-Mattner, SBN 1000054
                                  Schmidt, Rupke, Tess-Mattner & Fox, S.C.
                                  3400 West Intertech Drive – Suite 400
                                  Brookfield, Wisconsin 53045
                                  Phone: (262) 814-0080
                                  Email: mmt@srtf-law.com

                                  *Attorneys for Defendant*